19191. NEWSOME *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. The evidence authorized the verdict, which was approved by the trial judge, and the court did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 11, 1928.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.